FILED VIA MAIL

JAN 16 2020

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

United States Bankruptcy Court for the:

Southern District of Florida ▼

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

## Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  BOYKINS, DANNY LEWIS

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

   ☐ Other _____. Describe identifier _____

   For individual debtors:

   ☒ Social Security number:  xxx – xx – 5 9 0 1

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

   ☐ Other 84-6789280 . Describe identifier _____

   NF

3. **Name of foreign representative(s)**  International Organization Foreign Grantor - Danny L. Boykins # 98-6095462

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  IRS - SS4 Living phone request

5. **Nature of the foreign proceeding**

   Check one:

   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   see attached Non UCC "RE 158 405 228 US" and IRS Transfer Form 926
   International Organization Foreign Grantor filed "For" the DEBTOR

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

Debtor   **BOYKINS, DANNY LEWIS**                              Case number (if known) _____
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

| Country where the debtor has the center of its main interests: | Debtor's registered office: |
|---|---|
| UNITED STATES "DC" | Number   Street |
| | P O BOX 12546 |
| | P.O. Box |
| | ST.PETERSBURG    FL   33733 |
| | City    State/Province/Region   ZIP/Postal Code |
| | UNITED STATES - DC |
| | Country |

| Individual debtor's habitual residence: | Address of foreign representative(s): |
|---|---|
| Number   Street | Number   Street |
| P O BOX 12546 | c/o P O 12546 |
| P.O. Box | P.O. Box |
| ST. PETERSBURG    FL   33712 | St. Petersburg    FL   33733 |
| City    State/Province/Region   ZIP/Postal Code | City    State/Province/Region   ZIP/Postal Code |
| UNITED STATES - DC | Republic of the United states of America |
| Country | Country |

10. **Debtor's website (URL)**   _____

11. **Type of debtor**   Check one:

    ☐ Non-individual (check one):

       ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☑ Individual

Debtor  **BOYKINS, DANNY LEWIS**                     Case number (if known) _____
        Name

12. **Why is venue proper in *this* district?**

    Check one:

    ☐ Debtor's principal place of business or principal assets in the United States are in this district.

    ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
    _____.

    ☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
    NON-UCC "RF 158 405 228 US" and IRS Transfer form 926.

13. **Signature of foreign representative(s)**

    I request relief in accordance with chapter 15 of title 11, United States Code.

    I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct,

    X _Danny Lewis_ [signature]        Danny; Lewis Boykins
       Signature of foreign representative       Printed name

    Executed on  01/14/2020
                 MM / DD / YYYY

    X _____        _____
       Signature of foreign representative       Printed name

    Executed on  _____
                 MM / DD / YYYY

14. **Signature of attorney**

    X _____        Date _____
       Signature of Attorney for foreign representative   MM / DD / YYYY

    Printed name _____

    Firm name _____

    Number   Street _____

    City _____   State _____   ZIP Code _____

    Contact phone _____   Email address _____

    Bar number _____   State _____

U.S. Republic Bailee/Private Attorney General

c/o 1700 28th Avenue So.

St. Petersburg, FL 33712 1000 US

Phone (813) 446-4954

**To: U.S. Department of Labor**

"**Federal BANKING- LABOR window**"

4200 W Cypress Street, Suite 444

Tampa, FL 33607

Phone: (813) 288-1242

Subject: U.S. Registered Mail – NON-UCC Bailee's LABOR BANKED CREDIT Claims.

## Dear U.S. **Labor Banking** Agent,

I am, presenting a certified copy of my Republic U.S. Registered- Recorded NON-UCC: Bailee's Banked Labor Credits Claim, as a <u>Consideration Meritorious</u> against the United States Federal and State Constitutional BANKS – for the release of all of my contracted "Full Faith and credit" Department of Labor – Labor Credit Banked Depository secured accounts; including all labor security wages, overtime and pension & welfare benefits.

I am, ordering the Termination and Liquidation of ALL of my UNITED STATES AND STATE OF <u>Labor Banking Securities and Accounts</u>: this **includes** all that are listed on my NON-UCC and unlisted accounts that have been using my Labor Deposits as security collateral. The endorsement of all of the Labor Banking securities will be completed by me, when they are property presented by honorable banking agents. Per my U.S. Registered NON-UCC, I am claiming the return to me of all of my Banked Labor Credit based upon the sound principles of Law and equity. This Action is based upon the Unjust, Fraudulent, Misrepresentation, Duress and Coercion usage for profit by the BANKRUPTS; the UNITED STATES and the STATES OF, who have been acting as DERIVATIVE BANKS in opposition to the Original Constitutional Governmental Chartered Banks.

I am, also ordering the seizure of all SF 1047 **Labor** refund claim forms and other Labor Securities claiming instruments that have been submitted to and not processed by following **Government Banking Official**: the District U.S. Attorney and U.S. Trustee, Clerk of the U.S. District Court, Bureau of Fiscal Services and the FLORIDA Secretary of State. Florida Division of Labor – Wages, so that they can now be properly processed, as a protected Whistleblower.

Per the Universal Banking Laws, this action is to be completed within **3 Days**: by delivering to me a U.S. Republic Labor Credit Debit Card and a green U.S. Republic citizen status Passport. Please contact me and let me know the status and the time frame for settlement of this filing. Thank you for your time and Governmental Banking Service.

Posted and Signed by: _____

**Danny L. Boykins**: Private Attorney General

Certified Attachment:

1. My U.S. Registered Mail – Non-UCC Labor Claim/Lien.
    Cc: U.S. Federal BANKING District Trustee by FAX. 202-307-0672
    U.S. Federal District BANKING Court Judge by U S P S via certified mail to: 801 N. Florida Ave.
    Tampa FL. 33602

copy certified by: _Danny; Tim Boykins_ title of office _Republic Private Attorney General_ /date: 01-14-20

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

Date Posted on Record: 11/20/19
NON-UCC Official Document Filing per
Registered Mail #: RF 158 405 228 US

FL 33712-1000 US
BY: D[signature]

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Danny; Boykins     phone (813) 446 4954 |
| B. Email Address urpowe4@gmail.com |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name Danny; Boykins Private Attorney General |
| Address c/o 1700 28th Ave. So. |
| Address |
| City/State/Zip  St. Petersburg Florida Republic, FL 33712-0001 US |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) -- Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Danny; Boykins – an American Royal "Civilly Alive- Living Land" Mining Republic Civis Organization | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 1700 28th Ave So. | St. Petersburg | FL | 33712-1000 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Danny; Boykins – American Principality-Republic Private Attorney General; International Organization | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| 1700 28th Ave. So. | St. Petersburg | FL | 33712-1000 | US |

**4. This FINANCING STATEMENT covers the following collateral:**
As the Bailee – Principality "Civilly Alive/Derivative Miner" of Age and one having the Full Power of a Private Attorney General; therefore I am by the Bailor's Florida Republic Civis Will, Claiming the Bailor's Constitutional 9th and 10th Amendment protected Civilly Alive Rights and Powers and the value of this Royal NON-UCC BAILMENT to be $47billion per this U,S. Registered Mail- Bailee/Bailor NON-UCC Royal Mining Claim and Lien over the United States of America – Registered Royal "Living Land" Mine known as the BAILOR – Danny; Boykins and all of his associated DANNY BOYKINS Royal Mines held under the foreign "Civil Death" claim jumping fraudulent and hidden concealment constructive contracts.
Therefore, this "Bailee/Bailor" NON-UCC is a Superior Royal Republic Mining Claim; to demand the restoration of all stolen mining assets and to prevent all future Foreign Claim
Jumpers from using their hidden UCC "Identity Theft and Civil Death – Claim Jumping" Claims, Liens and Bonds for their Foreign Corporate "Claim Jumping" Beneficial unjust Profits. After 3 days of settlement grace, all unresolved "Claim Jumping" by this Bailee will stand at; **$100,000,000.00 per corporation and $1,000,000.00 per individual per day based on Title 15 USC section 1 for the Fraudulent "Claim Jumper's Claims, Liens and Bonds" that cause Restriction of this Royal Mine's Right of Trade and Commerce.**

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☒ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☒ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)                    Filing Office Copy                    Approved by the Secretary of State, State of Florida

## Instructions for State of Florida UCC Financing Statement Form (Form UCC-1)

- Please type or laser-print this form. Be sure it is completely legible. Read all instructions on form. Forms must be completed according to Florida state law.
- Fill in form very carefully. If you have questions, consult your attorney. Filing office cannot give legal advice.
- Processing fees are set by the Florida Legislature, are non-refundable, and are subject to change. To verify processing fees, contact FLORIDAUCC, LLC. at (850) 222-8526 or email help@floridaucc.com.
- Make checks payable to FLORIDAUCC, LLC. or the Florida Department of State.
- Send ONE copy of each filing request, with the appropriate non-refundable processing fee to:

  <u>1st Class Mail</u>            <u>Overnight Courier Service</u>
  FLORIDAUCC, LLC.           FLORIDAUCC, LLC.
  PO Box 5588               2002 Old St. Augustine Rd. Bldg. D
  Tallahassee, FL 32314     Tallahassee, FL 32301

- The acknowledgement copy will be returned to the address indicated in block B.
- Do not insert anything in the open space in the upper right hand portion of this form; it is reserved for filing office use.
- If you need to use attachments, you are encouraged to use the State of Florida Uniform Commercial Code Financing Statement Form – Addendum and/or the State of Florida Uniform Commercial Code Financing Statement Form - Additional Party and/or the State of Florida Uniform Commercial Code Financing Statement Form – Additional Information.

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

Date Posted on Record: 11/20/19
NON-UCC Official Document Filing per
Registered Mail #: RF 158 405 214 US

FL 33712-1000 US

BY: [signature]

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Danny; Boykins     phone (813) 446 4954 |
| B. Email Address urpowe4@gmail.com |
| C. SEND ACKNOWLEDGEMENT TO: |
| Name Danny; Boykins Private Attorney General |
| Address c/o 1700 28th Ave. So. |
| Address |
| City/State/Zip  St. Petersburg Florida Republic, FL33712-0001 US |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) – Do Not Abbreviate or Combine Names**

| 1.a ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| Danny Boykins – INCOLA personal "Civilly Dead" Labor Wagering Organization |||||
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 1.c MAILING ADDRESS Line One | This space not available. ||||
| MAILING ADDRESS Line Two c/o 1700 28th Ave So. | CITY St. Petersburg | STATE FL | POSTAL CODE 33712-1000 | COUNTRY US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names**

| 2.a ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| | | | | |
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. ||||
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| Danny; Boykins – a Republic Civis "Civilly Alive" International Organization |||||
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) || SUFFIX |
| 3.c MAILING ADDRESS Line One | This space not available. ||||
| MAILING ADDRESS Line Two 1700 28th Ave. So. | CITY St. Petersburg | STATE FL | POSTAL CODE 33712-1000 | COUNTRY US |

**4. This FINANCING STATEMENT covers the following collateral:**

The Bailee is an Florida republic Cicvis Principality "Civilly Alive" of age and one having the Full Power of a Private Attorney General; therefore I am by the Bailor's Will Claiming the Bailor's NON-UCC BAILMENT – Labor Wages up to $47 billion. This U.S. Registered Mail – Bailee/Bailor NON-UCC Bonded Labor Wagering Security Claim and Lien stands over all of the associated DANNY L. BOYKINS - UNITED STATES and STATE OF FLORIDA Banked Labor Wagering Credits held on deposit with the associated Labor Wage Banking Division with-in the Department of Labor; at the Labor Credit Window for Labor payments or the full Liquidation of all of the Bailor's registered secured labor accounts. Therefore, this Labor Credit Lien NON-UCC is a Superior Labor Claim; which demands the restoration of all withheld Labor Wagering Credits within 3 days to restore my Just Trading Rights, as required by the Law. All Foreign Claim Jumping Contracts Liens and Bond for their Foreign Corporate "Claim Jumping" Beneficial unjust Profits are to be terminated. After the 3 days of settlement grace, all unresolved "Labor Wagering Claims: will carry additional charges based upon Title 15 USC s 1&2 for Labor Trades RESTARINTS. [see the attached sheet for the BAILOR"S Labor Wagering Securities]

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☒ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☒ NON-UCC FILING | ☐ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

## Instructions for State of Florida UCC Financing Statement Form (Form UCC-1)

- Please type or laser-print this form. Be sure it is completely legible. Read all instructions on form. Forms must be completed according to Florida state law.
- Fill in form very carefully. If you have questions, consult your attorney. Filing office cannot give legal advice.
- Processing fees are set by the Florida Legislature, are non-refundable, and are subject to change. To verify processing fees, contact FLORIDAUCC, LLC. at (850) 222-8526 or email help@floridaucc.com.
- Make checks payable to FLORIDAUCC, LLC. or the Florida Department of State.
- Send ONE copy of each filing request, with the appropriate non-refundable processing fee to:

  1st Class Mail                   Overnight Courier Service
  FLORIDAUCC, LLC.                 FLORIDAUCC, LLC.
  PO Box 5588                      2002 Old St. Augustine Rd. Bldg. D
  Tallahassee, FL 32314            Tallahassee, FL 32301

- The acknowledgement copy will be returned to the address indicated in block B.
- Do not insert anything in the open space in the upper right hand portion of this form; it is reserved for filing office use.
- If you need to use attachments, you are encouraged to use the State of Florida Uniform Commercial Code Financing Statement Form – Addendum and/or the State of Florida Uniform Commercial Code Financing Statement Form - Additional Party and/or the State of Florida Uniform Commercial Code Financing Statement Form – Additional Information.

# BAILOR/BAILEE NON-UCC # RF 158 405 214 US
# LABOR WAGERING CREDIT Attachment Sheet # 1

## UNITED STATES Department of Labor:
Security Labor Credit Wager Payments and Labor Account Liquidation Window.

- SOCIAL SECURITY - Bonded Labor Wagering Security # _____
- US POSTAL SERVICE - Bonded Labor Wagering Security # _____
- US NAVY DD214N - Selective Service Bonded Labor Wagering Security # _____
- US NAVY DD214N - Social Security Bonded Labor Wagering Security # _____
- "Certificate of Live Birth" - Bonded Labor Wagering Security # _____
- SS MEDICARE - SS Add-on Bonded Labor Wagering Security # _____
- _____

## OR

## STATE OF FLORIDA Department of Labor:
Security Labor Credit Wager Payments and Labor Account Liquidation Window.

- "Certificate of Live Birth" - Bonded Labor Wagering Security # 109-64-033385
- FLORIDA Driver's License and ID Bonded Labor Wagering Security # B252-172-64-133-0
- US NAVY DD214N - Selective Service Bonded Labor Wagering Security # 64-1276165-9
- US NAVY DD214N - Social Security Add-on Bonded Labor Wagering Security # 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
- FLORIDA Vehicle Title - Bonded Labor Wagering Security # 68445879
- FL. Vehicle Salvage Title - Bonded Labor Wagering Security # 1FALP52U2PG119973
- _____
- _____
- _____

## OR

## STATE OF FLORIDA Department of Labor:
Security Labor Credit Payments and Account Liquidation Window.

- Certificate of Marriage Registration - as a STATE Bonded Labor Wagering Security


- _____
- _____

# **NONDISCLOSURE** makes **any** contract = **VOIDABLE:**

### As all BANKRUPT corporations are operating For Profits, they are not paying the Taxes that they <u>OWE</u> to the <u>True American Government</u> – the "We the People".

TAX EVASION: FRAUD in Representation or Concealment in attempting to avoid payment of a **Tax Legally Due**, as in the case of an INCOME TAX, the filing of a return fraudulently understated in a willful attempt to evade payment. Willingham v United States (CA5 Tex) 289 F2d 283; Swallow v United States (CA10 Colo) 307 F2d 81, cert den 371 US 950, 9 L Ed 2d 499, 83 S Ct 504, reh den 372 US 925, 9 L Ed 2d 731, 83 S Ct 718. A felony punishable by a <u>fine of not more than $10,000 or up to FIVE years imprisonment, or both</u>. Internal Revenue Code § 7201. *[The Governmental BANKRUPT Corporations are claim exemption Status as a Charitable Organization but they are in fact operating FOR UNJUST PROFITS.]*

CONCEALMENT OF SECURITIES: The **OFFENCE** (punishable by up to SEVEN <u>years' imprisonment</u>) of dishonestly <u>concealing</u>, Destroying, or Defacing any valuable Security, will, or <u>any document issuing from a court</u> OR <u>Government Department</u> for the <u>purpose of gain for oneself or causing loss to another</u>. Valuable securities include <u>any documents</u> concerning rights over property, authorizing payment of money or the delivery of property, or evidencing such rights or the satisfying of any obligation.

DISCLOSURE OF INTEREST: The **DUTY** of <u>local authority members</u> to disclose (at the time or by prior notice to the authority) any pecuniary interest they or their spouses have in any matter discussed at a local authority meeting. <u>They MUST also Abstain from speaking and Voting on it</u>. Breach of the Duty is a **CRIMINAL OFFENCE**. *[This includes bailment payments in to the <u>retirement funds</u> of all COURT Agents; TAX FREE or never recorded on 1099's]*

PUBLIC EMPLOYEES' RETIREMENT SYSTEM (PERS): Governmental BANKRUPT <u>Kickbacks</u> from the <u>Security Interest</u> in the fraudulent Governmental BANKRUPT Tax payments obtained from the People and their property; when the BANKRUPT STATE is already holding the Security Tax Interest Income in the Hidden Off-Budget CAFR Accounts.

PROCURING BREACH OF CONTRACT: (<u>Inducing</u> Breach of Contract). The **TORT** of Intentionally Persuading or Inducing someone <u>to break a contract</u> made by him with a <u>third party</u>. It is <u>actionable</u> by the <u>party who suffers LOSS</u> from the Breach. *[This is done when the BAR Attorneys induce you pay TAXES out of your back pocket, because you have a Contract with the STATE that they are to PAY the TAXES.]*

INTERFERING WITH <u>TRADE</u> OR BUSINESS: The **TORT** of deliberately interfering with the trade or business of another person by <u>unlawful</u> means, thereby <u>causing damage to that person</u>. Liability in this **TORT** is wider than in the **TORT** of *<u>procuring breach of contract</u>, since it is not necessary to show that an existing contract has been interfered with or broken. <u>[SEE Title 15 USC § 1&2.]</u>

**TORT**URE: n. Under section 134 of the Criminal Justice Act 1988, the offence committed by a <u>public official</u> (or someone with the <u>official's acquiescence</u>) of intentionally inflicting severe <u>Physical</u> or <u>Mental Suffering</u> on any person any wherein the world. <u>It carries a maximum sentence of life imprisonment</u>. Under this Act, the accused had a defense if he proved that his conduct was legally authorized, justified, or excusable. However, the prohibition on torture as set out in Article 3 of the European Convention on <u>Human Rights</u> is now part of UK law as a consequence of the *<u>Human Rights Act</u>. This right is an *absolute right, and torture can never be justified as being in the public interest, no matter how great that public interest might be. Public authorities have a limited but <u>positive duty to protect</u> this Right from interference by third parties. [In America this is covered under the <u>Civil Rights Act</u>. Also covered by the United Nations' Civil Rights protections.]

WARD OF STATE: A <u>CHILD</u> becomes a WARD OF STATE when a WARDSHIP order {<u>COLB or Any STATE CHILD Contract is issued</u>} is made and the STATE'S <u>DUTY</u> to the Ward to pay all Bills and it remains until he reaches the age of 18 OR until a court orders that he should cease to be a Ward and all **Entitlements Restored** to the Ward.

| Form **926** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Return by a U.S. Transferor of Property to a Foreign Corporation** ▶ Go to *www.irs.gov/Form926* for instructions and the latest information. ▶ Attach to your income tax return for the year of the transfer or distribution. | OMB No. 1545-0026 Attachment Sequence No. **128** |
|---|---|---|

### Part I — U.S. Transferor Information (see instructions)

| Name of transferor | Identifying number (see instructions) |
|---|---|
| Danny Boykins | 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 |

1. Is the transferee a specified 10%-owned foreign corporation that is not a controlled foreign corporation? . ☐ Yes ☐ No
2. If the transferor was a corporation, complete questions 2a through 2d.
   a. If the transfer was a section 361(a) or (b) transfer, was the transferor controlled (under section 368(c)) by five or fewer domestic corporations? . . . . . . . . . . . . . . . . . . . . . . . . . ☑ Yes ☐ No
   b. Did the transferor remain in existence after the transfer? . . . . . . . . . . . . . . . . . ☐ Yes ☑ No
   If not, list the controlling shareholder(s) and their identifying number(s).

| Controlling shareholder | Identifying number |
|---|---|
| See Attached NON-UCC "RF 158 405 228 US" all Labor Contacts are to be transferred by the U. S. Trustee of Labor to the IRS for Delivery to the Treasury Department for the Transferee's EIN Republic Labor Trust account # 98-6095462 | |

   c. If the transferor was a member of an affiliated group filing a consolidated return, was it the parent corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
   If not, list the name and employer identification number (EIN) of the parent corporation.

| Name of parent corporation | EIN of parent corporation |
|---|---|
| | |

   d. Have basis adjustments under section 367(a)(4) been made? . . . . . . . . . . . . . . . ☐ Yes ☐ No

3. If the transferor was a partner in a partnership that was the actual transferor (but is not treated as such under section 367), complete questions 3a through 3d.
   a. List the name and EIN of the transferor's partnership.

| Name of partnership | EIN of partnership |
|---|---|
| | |

   b. Did the partner pick up its pro rata share of gain on the transfer of partnership assets? . . . . . . . ☐ Yes ☐ No
   c. Is the partner disposing of its entire interest in the partnership? . . . . . . . . . . . . . . ☐ Yes ☐ No
   d. Is the partner disposing of an interest in a limited partnership that is regularly traded on an established securities market? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

### Part II — Transferee Foreign Corporation Information (see instructions)

| 4 Name of transferee (foreign corporation) | 5a Identifying number, if any |
|---|---|
| Danny Boykins- Foreign Grantor Trust | 98-6095462 |
| 6 Address (including country) | 5b Reference ID number (see instructions) |
| c/o P O Box 12546 St.Petersburg, Florida Republic, "FL 33733 US" | 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 |

7. Country code of country of incorporation or organization (see instructions)
   **United States of America Republic**
8. Foreign law characterization (see instructions)
   **International organization**
9. Is the transferee foreign corporation a controlled foreign corporation? . . . . . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 16982D   Form **926** (Rev. 11-2018)

Form 926 (Rev. 11-2018) Page **2**

### Part III  Information Regarding Transfer of Property (see instructions)

#### Section A—Cash

| Type of property | (a) Date of transfer | (b) Description of property | (c) Fair market value on date of transfer | (d) Cost or other basis | (e) Gain recognized on transfer |
|---|---|---|---|---|---|
| Cash | | | | | |

**10** Was cash the only property transferred? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," skip the remainder of Part III and go to Part IV.

#### Section B—Other Property (other than intangible property subject to section 367(d))

| Type of property | (a) Date of transfer | (b) Description of property | (c) Fair market value on date of transfer | (d) Cost or other basis | (e) Gain recognized on transfer |
|---|---|---|---|---|---|
| Stock and securities | | See attached NON-UCC "RF 158 405 214 US" | | | |
| Inventory | | all items will be bailee endorced over upon the | | | |
| Other property (not listed under another category) | | honorable demands by the U.S Labor Trustee. | | | |
| Property with built-in loss | | | | | |
| Totals | | | | | |

**11** Did the transferor transfer stock or securities subject to section 367(a) with respect to which a gain recognition agreement was filed? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**12a** Were any assets of a foreign branch (including a branch that is a foreign disregarded entity) transferred to a foreign corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," go to line 12b.

**b** Was the transferor a domestic corporation that transferred substantially all of the assets of a foreign branch (including a branch that is a foreign disregarded entity) to a specified 10%-owned foreign corporation? . . ☐ Yes ☐ No
If "Yes," continue to line 12c. If "No," skip lines 12c and 12d, and go to line 13.

**c** Immediately after the transfer, was the domestic corporation a U.S. shareholder with respect to the transferee foreign corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "Yes," continue to line 12d. If "No," skip line 12d, and go to line 13.

**d** Enter the transferred loss amount included in gross income as required under section 91 ▶ $_____

**13** Did the transferor transfer property described in section 367(d)(4)? . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If "No," skip Section C and questions 14a through 15.

#### Section C—Intangible Property Subject to Section 367(d)

| Type of property | (a) Date of transfer | (b) Description of property | (c) Useful life | (d) Arm's length price on date of transfer | (e) Cost or other basis | (f) Income inclusion for year of transfer (see instructions) |
|---|---|---|---|---|---|---|
| Property described in sec. 367(d)(4) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals | | | | | | |

Form **926** (Rev. 11-2018)

Form 926 (Rev. 11-2018) Page **3**

| | | | |
|---|---|---|---|
| **14a** | Did the transferor transfer any intangible property that, at the time of the transfer, had a useful life reasonably anticipated to exceed 20 years? | ☐ Yes | ☐ No |
| **b** | At the time of the transfer, did any of the transferred intangible property have an indefinite useful life? | ☐ Yes | ☐ No |
| **c** | Did the transferor choose to apply the 20-year inclusion period provided under Regulations section 1.367(d)-1(c)(3)(ii) for any intangible property? | ☐ Yes | ☐ No |
| **d** | If the answer to line 14c is "Yes," enter the total estimated anticipated income or cost reduction attributable to the intangible property's, or properties', as applicable, use(s) beyond the 20-year period described in Regulations section 1.367(d)-1(c)(3)(ii) ▶ $ | | |
| **15** | Was any intangible property transferred considered or anticipated to be, at the time of the transfer or at any time thereafter, a platform contribution as defined in Regulations section 1.482-7(c)(1)? | ☐ Yes | ☐ No |

**Supplemental Part III Information Required To Be Reported** (see instructions)

_____
_____
_____
_____
_____
_____
_____
_____

### Part IV  Additional Information Regarding Transfer of Property (see instructions)

**16** Enter the transferor's interest in the transferee foreign corporation before and after the transfer.
(a) Before _____ 100 % (b) After _____ 0 %

**17** Type of nonrecognition transaction (see instructions) ▶ _____

**18** Indicate whether any transfer reported in Part III is subject to any of the following.

| | | | |
|---|---|---|---|
| **a** | Gain recognition under section 904(f)(3) | ☐ Yes | ☐ No |
| **b** | Gain recognition under section 904(f)(5)(F) | ☐ Yes | ☐ No |
| **c** | Recapture under section 1503(d) | ☐ Yes | ☐ No |
| **d** | Exchange gain under section 987 | ☐ Yes | ☐ No |
| **19** | Did this transfer result from a change in entity classification? | ☐ Yes | ☐ No |
| **20a** | Did a domestic corporation make a distribution of property covered by section 367(e)(2)? See instructions. If "Yes," complete lines 20b and 20c. | ☐ Yes | ☐ No |
| **b** | Enter the total amount of gain or loss recognized pursuant to Regulations section 1.367(e)-2(b) ▶ $ _____ | | |
| **c** | Did the domestic corporation not recognize gain or loss on the distribution of property because the property was used in the conduct of U.S. trade or business under Regulations section 1.367(e)-2(b)(2)? | ☐ Yes | ☐ No |
| **21** | Did a domestic corporation make a section 355 distribution of stock in a foreign controlled corporation covered by section 367(e)(1)? See instructions | ☐ Yes | ☐ No |

Form **926** (Rev. 11-2018)